**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 15, 2026**



In The

# Fifteenth Court of Appeals

_____

## NO. 15-25-00107-CV
_____

**TEXAS DEPARTMENT OF INSURANCE AND CASSIE BROWN, IN HER CAPACITY AS COMMISSIONER OF THE TEXAS DEPARTMENT OF INSURANCE, Appellants**

**V.**

**TEXAS LAND TITLE ASSOCIATION, Appellee**

**On Appeal from the 345th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-25-001663**

## MEMORANDUM OPINION

This is an interlocutory appeal from orders signed May 30, 2025. On January 7, 2026, appellants filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.